UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
FRANCESCA GIANGRANDE

CASE NO. 07 B 01112

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-3897

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/23/07 .

2. The case was converted to Chapter 7 without confirmation, 06/28/2007.

3. The Debtor paid a total of $ 3840.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ADVOCATE LUTHERAN GENERA | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EAGLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ANNE SZPINDOR MD | UNSECURED | NOT FILED | .00 | .00 |
| ARLINGTON RIDGE PATHOLOG | UNSECURED | NOT FILED | .00 | .00 |
| ARLINGTON RIDGE PATHOLOG | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| AAVID A ASCHER DDS | UNSECURED | NOT FILED | .00 | .00 |
| DIAMOND PHYSICAL THERAPY | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| HARLEM FURNITURE/HRS | UNSECURED | NOT FILED | .00 | .00 |
| NEOPATH S C | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| POPLAR CREEK FAMILY PRAC | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT CUIDE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROGERS & HOLLAND | SECURED | .00 | .00 | 95.44 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| TARGET DAYTON HUDSON | UNSECURED | NOT FILED | .00 | .00 |

```
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED              .00          .00
WFFINACCPT                SECURED               .00              .00        72.62
WFNNB                     UNSECURED       NOT FILED              .00          .00
WFNNB                     UNSECURED       NOT FILED              .00          .00
WFNNB                     UNSECURED       NOT FILED              .00          .00
CITY OF MUNDELEIN         UNSECURED       NOT FILED              .00          .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED       NOT FILED              .00          .00
NORTHWEST RADIOLOGY       UNSECURED       NOT FILED              .00          .00
ADVANCED RADIOLOGY CONS   UNSECURED       NOT FILED              .00          .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID      168.06          .00          .00          .00       168.06
INTEREST PAID          .00          .00          .00          .00          .00
TOTAL PAID          168.06          .00          .00          .00       168.06
```

The Debtor's attorney, DAVID M SIEGEL                , was allowed $      .00
and was paid $        .00 .

The Trustee received $       4.48 .

Refunds to the Debtor totaled $   3667.46 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/20/07                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 01112 FRANCESCA GIANGRANDE